WILLIAM W. VARRICK, administrator, &c., complainant
and respondent,

*v.*

ADRIAN HITT, defendant and appellant.

[Filed November 25th, 1903.]

On preliminary motion.

*Mr. Isaac S. Taylor* and *Mr. James B. Vredenburgh,* for the
respondent.

*Mr. Robert L. Lawrence* and *Mr. Andrew Gilhooly* (of the
New York bar), for the appellant.

PER CURIAM.

Where a case has been argued in this court, and the reasons
why the decree is made or the judgment is entered have been
submitted to us in the shape of an opinion of the lower court
(pursuant to the constitutional requirement) and a re-argument
of the whole case, or any portion thereof, is afterward ordered
by this court, a supplemental opinion of the lower court, for-
mulated after the re-argument has been ordered, containing
additional reasons for the making of such decree or the enter-
ing of such judgment, constitutes no part of the case before us,
unless sent up in pursuance of the request of this court.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON,
FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH,
VROOM, GREEN, GRAY—12.

*For reversal*—None.